UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOBARDO RAMIREZ GUTIERREZ (A-242-386-902),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY, et al.,<br>Respondents. | No. 1:26-cv-07954-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 6) |

Petitioner, an immigration detainee proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 6.) On October 28, 2026, Respondents objected "to the findings and recommendations for the reasons given in their Answer." (Doc. No. 7.) However, those arguments have already been addressed and rejected by the magistrate judge in this case and the undersigned in other cases. Specifically, the undersigned has found that the government violates the Immigration and Nationality Act by depriving a noncitizen of the statutory protections set forth under 8 U.S.C. § 1226(a), and this

court has found that the proper remedy for this violation is immediate release from custody. *See, e.g.*, *Gutierrez Garcia v. Warden, Cal. City Corr. Ctr.*, No. 1:26-cv-02515-DC-SCR, 2026 WL 3228471, at *2 (E.D. Cal. Oct. 28, 2026) (finding that immediate release is appropriate where the noncitizen's statutory rights were violated); *Zuniga Cruz v. Noem*, No. 1:26-cv-01818-DC-EFB, 2026 WL 890471 (E.D. Cal. Mar. 31, 2026) (same). Thus, Respondents provide no basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 21, 2026 (Doc. No. 6), are ADOPTED;
2. The petition for a writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
   a. Petitioner Leobardo Ramirez Gutierrez (A-242-386-902) shall be RELEASED IMMEDIATELY from Respondents' custody with the same conditions he was subject to immediately prior to his current immigration detention. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;
   b. Respondents shall RETURN all of Petitioner's documents and possessions (e.g., identification, passport, work permit, Social Security card, etc.) upon his release from custody;
   c. Within three (3) days from the date of entry of this order, Respondents shall FILE a notice of compliance with this court confirming that Petitioner has been released in accordance with the above;
   d. If the government seeks to re-detain Petitioner, it must provide no less than

seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered; and

e. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

4. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dena Coggins
United States District Judge